IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD GENE BARNES, | * |
| Petitioner, | * |
| v. | Case No.  5:22-cv-43- MTT |
| | * |
| ANNETTIA TOBY, Warden, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 31, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk